FREDERICK S. MYERS, Respondent, *v.* THOMAS J. GALLON, Appellant.

*Myers* v. *Gallon,* 35 App. Div. 449, affirmed.
(Submitted October 18, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Matthew Daly* for appellant.

*Hamilton R. Squier* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE CROCKER-WHEELER ELECTRIC COMPANY, Appellant, *v.* THE JOHNS-PRATT COMPANY, Respondent.

*Crocker-Wheeler El. Co.* v. *Johns-Pratt Co.*, 29 App. Div. 300, affirmed.
(Argued October 18, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Herbert Noble* and *Howard Hasbrouck* for appellant.

*William A. Jenner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.